**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KONG, ANDREW  §  Case No. 14-83375-TML
                     §
                     §
Debtor(s)            §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                 , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   U.S. Bankruptcy Court
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 07/29/2015 in Courtroom 3100, United States Courthouse,
327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 06/29/2015        By: /s/JAMES E. STEVENS
                                             Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KONG, ANDREW | § | Case No. 14-83375-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,800.00 |
| *and approved disbursements of* | $ 43.53 |
| *leaving a balance on hand of* [1] | $ 6,756.47 |
| **Balance on hand:** | $ 6,756.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | American Honda Finance Corporation | 3,343.95 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,756.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,430.00 | 0.00 | 1,430.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,240.00 | 0.00 | 1,240.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,670.00 |
| Remaining balance: | $ 4,086.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,086.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $608.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Dept. of Employment Security | 608.07 | 0.00 | 608.07 |

Total to be paid for priority claims: $ 608.07
Remaining balance: $ 3,478.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 277,390.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Dept. of Employment Security | 100.00 | 0.00 | 1.26 |
| 2 | Susquehanna Commercial Finance, Inc. | 53,477.86 | 0.00 | 670.61 |
| 3 | NCMIC Finance Corporation | 4,361.76 | 0.00 | 54.70 |
| 4 | Aspire Resources Inc. | 105,155.19 | 0.00 | 1,318.61 |
| 5 | Capital One Bank (USA), N.A. | 4,047.21 | 0.00 | 50.75 |
| 6 | Capital One Bank (USA), N.A. | 8,372.26 | 0.00 | 104.99 |
| 8 | American Express Centurion Bank | 10,041.31 | 0.00 | 125.91 |
| 9 | American Express Centurion Bank | 2,417.37 | 0.00 | 30.31 |
| 10 | Can Capital Asset Servicing fka New Logic Business | 46,019.84 | 0.00 | 577.07 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | PYOD, LLC its successors and assigns as assignee | 1,853.63 | 0.00 | 23.24 |
| 12 | PYOD, LLC its successors and assigns as assignee | 12,781.41 | 0.00 | 160.27 |
| 13 | PYOD, LLC its successors and assigns as assignee | 17,424.43 | 0.00 | 218.50 |
| 14 | Portfolio Recovery Associates, LLC | 11,338.30 | 0.00 | 142.18 |

Total to be paid for timely general unsecured claims:   $   3,478.40
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 14-83375-TML
Andrew Kong                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon                Page 1 of 2         Date Rcvd: Jul 06, 2015
                              Form ID: pdf006             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2015.
db           +Andrew Kong,    10841 Cotton Thistle,    Roscoe, IL 61073-6396
aty          +James E. Stevens,    Barrick, Switzer, et al.,     6833 Stalter Drive,    Rockford, IL 61108-2579
22602338     +Abidon, Inc.,    5301 East State Street, #215,    Rockford, IL 61108-2389
22602339     +Alletess Medical Laboratory,    74 Accord Parte Drive,    Norwell, MA 02061-1606
22602341     +American Express,    PO Box 981537,   El Paso, TX 79998-1537
22602342      American Express,    Box 0001,   Los Angeles, CA 90096-8000
22602340      American Express,    PO Box 871536,   El Paso, TX 79998
22602343     +American Express Centurion,    C/O Zwicker & Associate,     7366 N. Lincoln Ave., Suite #102,
               Lincolnwood, IL 60712-1738
23056214      American Express Centurion Bank,    c o Becket and Lee LLP,     POB 3001,   Malvern, PA 19355-0701
22907128     +Aspire Resources Inc.,    obo US Department of Education,     6775 vista Drive,
               West Des Moines IA 50266-9305
22602345      Blackhawk Bank,    PO Box 790408,   St. Louis, MO 63179-0408
23145670     +Can Capital Asset Servicing fka New Logic Business,     2015 Vaughn Road, Building 500,
               Kennesaw, GA 30144-7831
22602346     +Can Capital Asset Srvicing, Inc.,    C/O Stein & Rotman - Attorneys At Law,
               77 W. Washington St., #1105,    Chicago, IL 60602-3249
22602347      Capital One,    PO Box 6492,   Carol Stream, IL 60197-6492
22925065      Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
22602348     +Capital One Bank USA,    PO Box 30281,   Salt Lake City, UT 84130-0281
22602350      Chase Card Member Service,    PO Box 15153,   Wilmington, DE 19886-5153
22602351     +Chase/Bank One Card Service,    PO Box 15298,   Wilmington, DE 19850-5298
22602353      CitiCards,    Processing Center,   Des Moines, IA 50363-0005
22602354     +CitiCards CBNA,    701 East 60th Street NOrth,   Sioux Falls, SD 57104-0432
22602355     +CitiCards CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
22602356     +Clint Pharmaceuticals,    629 Shute Lane,    Old Hickey, TN 37138-1906
22602357      CompHealth,    PO Box 713100,   Salt Lake City, UT 84171-3100
22602358      DeLage Landen,    PO Box 41602,   Philadelphia, PA 19101-1602
22602360     +Henry Schein,    135 Duryea Road,   Melville, NY 11747-3834
22602336     +Kong Andrew,    10841 Cotton Thistle,    Roscoe, IL 61073-6396
22602361     +MED PRO,    1580 Sawgrass Corporate Parkway #100,    Sunrise, FL 33323-2860
22602362      Medical Doctor Associates,    PO Box 277185,   Atlanta, GA 30384-7185
22602363     +Midwest Community Bank,    PO Box 689,   Freeport, IL 61032-0689
22602364     +Momentum Practice,    1975 East Sunrise Blvd, Suite #503,    Fort Lauderdale, FL 33304-1409
22602365     +NCMIC Finance Corporation,    PO Box 1453,   Des Moines, IA 50305-1453
22602366     +NMIC Finance Corporation,    14001 University Avenue,    Clive, IA 50325-8273
22602367     +Noonan & Lieberman, Ltd.,    Attorney James V. Noonan,    105 West Adams, Suite #1800,
               Chicago, IL 60603-6235
22602368     +North Shore Bank,    PO Box 3288,   Milwaukee, WI 53201-3288
22602369     +Northern Illinois Medical Group,    Trustee Dan Donahue,    P.O. Box 2903,
               Rockford, IL 61132-2903
22602372     +PNC Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
23197309    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               successor to (ELAN BLACKHAWK BANK),    POB 41067,   Norfolk, VA 23541)
22602370     +Pacific Capitol,    11693 Saw Vicente Blvd, #175,    Los Angeles, CA 90049-5105
22602371      Pitney Bowes,    PO Box 371887,   Pittsburg, PA 15250-7887
22602373      Riverside Bank,    6855 East State Street,    Rockford, IL 61108
22602374      State Of Illinois,    Department Of Employment Security,    260 East Indian Trail Road,
               Aurora, IL 60505
22602375     +Stericycle,    4010 Commercial Avenue,    Northbrook, IL 60062-1829
22861198     +Susquehanna Commercial Finance, Inc.,    2 Country View Road, Suite 300,
               Malvern, PA 19355-1420
22602376     +U.S. Department Of Education,    Aspire Resources,    PO Box 65970,
               West DesMoines, IA 50265-0970
22602349    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Cardmember Service,    PO Box 790408,   St. Louis, MO 63179-0408)
22602378     +WIFR,   PO Box 14200,    Tallahassee, FL 32317-4200
22602379     +Winnebago County Treasurer's Office,    404 Elm Street,   Rockford, IL 61101-1277
22602337      Yalden Olsen & Willette,    1318 E State St,   Rockford, IL 61104-2228
22602380     +Zwicker & Associates, P.C.,    PO Box 9013,   Andover, MA 01810-0913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22935010      E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 07 2015 01:25:14
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088,   866-716-6441
22602344     +E-mail/Text: wmagner@beaconfunding.com Jul 07 2015 01:24:56      Beacon Funding,
               28 Lord Road, Suite 230,   Marlborough, MA 01752-4576
22602352     +E-mail/Text: jschulkin@mundayandnathan.com Jul 07 2015 01:26:08      Chester Partyka,
               C/O The Law Office Of Munday & Nathan,    33 North Dearborn Street,   Chicago, IL 60602-3118
22602359      E-mail/Text: bankruptcy@hccredit.com Jul 07 2015 01:26:27      HC Processing Center,
               PO Box 829,   Springdale, AZ 72765-0829
```

```
District/off: 0752-3          User: ldixon              Page 2 of 2              Date Rcvd: Jul 06, 2015
                              Form ID: pdf006           Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
22819796        +E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 07 2015 01:26:14
                 Illinois Dept. of Employment Security,    33 S State St.10th Flr Bankruptcy Unit,
                 Chicago, Illinois 60603-2808,   Attn. Amelia T. Yabes
23184905        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2015 01:21:22
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22602377        +E-mail/Text: bnc@ursi.com Jul 07 2015 01:24:13     United Recovery Systems,
                 5800 North Course Drive,   Houston, TX 77072-1613
                                                                                             TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23087204*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2015 at the address(es) listed below:
```
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com,    IL48@ecfcbis.com
              James E Stevens     jimstevens@bslbv.com,   IL48@ecfcbis.com
              Jeffrey  Schulkin    on behalf of Creditor Chester  Partyka jschulkin@mundayandnathan.com
              Joseph D Olsen    on behalf of Debtor Andrew  Kong jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```