## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KONG, ANDREW                              § Case No. 14-83375
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $294,900.00              Assets Exempt: $115,250.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,086.47     Claims Discharged
                                               Without Payment: $2,028,173.75

Total Expenses of Administration: $2,713.53

---

   3) Total gross receipts of $     6,800.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $6,800.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $173,100.00 | $3,343.95 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,713.53 | 2,713.53 | 2,713.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 12,345.00 | 608.07 | 608.07 | 608.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,926,106.58 | 277,390.57 | 277,390.57 | 3,478.40 |
| **TOTAL DISBURSEMENTS** | $2,111,551.58 | $284,056.12 | $280,712.17 | $6,800.00 |

4) This case was originally filed under Chapter 7 on November 05, 2014. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2015          By: /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 ─ GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Honda Pilot (debtor drives, owned by relate | 1129-000 | 6,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,800.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 ─ FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 ─ SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | American Honda Finance Corporation | 4210-000 | N/A | 3,343.95 | 0.00 | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 114,000.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Bank | 4110-000 | 24,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer's Office | 4110-000 | 5,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Community Bank | 4110-000 | 29,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$173,100.00** | **$3,343.95** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,430.00 | 1,430.00 | 1,430.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,240.00 | 1,240.00 | 1,240.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.53 | 3.53 | 3.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,713.53 | $2,713.53 | $2,713.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Dept. of Employment Security | 5800-000 | N/A | 608.07 | 608.07 | 608.07 |
| NOTFILED | State Of Illinois Department Of Employment Security | 5200-000 | 12,345.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $12,345.00 | $608.07 | $608.07 | $608.07 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Dept. of Employment Security | 7100-000 | N/A | 100.00 | 100.00 | 1.26 |
| 2 | Susquehanna Commercial Finance, Inc. | 7100-000 | N/A | 53,477.86 | 53,477.86 | 670.61 |
| 3 | NCMIC Finance Corporation | 7100-000 | 4,050.00 | 4,361.76 | 4,361.76 | 54.70 |
| 4 | Aspire Resources Inc. | 7100-000 | 106,000.00 | 105,155.19 | 105,155.19 | 1,318.61 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 7,265.00 | 4,047.21 | 4,047.21 | 50.75 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 8,255.00 | 8,372.26 | 8,372.26 | 104.99 |
| 8 | American Express Centurion Bank | 7100-000 | 10,100.00 | 10,041.31 | 10,041.31 | 125.91 |
| 9 | American Express Centurion Bank | 7100-000 | 2,500.00 | 2,417.37 | 2,417.37 | 30.31 |
| 10 | Can Capital Asset Servicing fka New Logic Business | 7100-000 | 46,020.00 | 46,019.84 | 46,019.84 | 577.07 |
| 11 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,853.63 | 1,853.63 | 23.24 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 12,781.41 | 12,781.41 | 160.27 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 17,424.43 | 17,424.43 | 218.50 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 11,338.30 | 11,338.30 | 142.18 |
| NOTFILED | HC Processing Center | 7100-000 | 7,200.00 | N/A | N/A | 0.00 |
| NOTFILED | MED PRO | 7100-000 | 34,562.08 | N/A | N/A | 0.00 |
| NOTFILED | Henry Schein | 7100-000 | 1,185.00 | N/A | N/A | 0.00 |
| NOTFILED | DeLage Landen | 7100-000 | 812.00 | N/A | N/A | 0.00 |
| NOTFILED | Clint Pharmaceuticals | 7100-000 | 1,408.00 | N/A | N/A | 0.00 |
| NOTFILED | CompHealth | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiCards Processing Center | 7100-000 | 10,600.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiCards CBNA | 7100-000 | 1,714.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiCards CBNA | 7100-000 | 17,425.00 | N/A | N/A | 0.00 |
| NOTFILED | WIFR | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Riverside Bank | 7100-000 | 146,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Stericycle | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | NCMIC Finance Corporation | 7100-000 | 3,910.00 | N/A | N/A | 0.00 |
| NOTFILED | Noonan & Lieberman, Ltd. Attorney James V. Noonan | 7100-000 | 53,527.86 | N/A | N/A | 0.00 |
| NOTFILED | NMIC Finance Corporation | 7100-000 | 4,365.00 | N/A | N/A | 0.00 |
| NOTFILED | Momentum Practice | 7100-000 | 80,865.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiCards Processing Center | 7100-000 | 16,222.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Medical Doctor Associates | 7100-000 | 73,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 2,604.64 | N/A | N/A | 0.00 |
| NOTFILED | Zwicker & Associates, P.C. | 7100-000 | 10,042.00 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Capitol | 7100-000 | 52,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Illinois Medical Group Trustee Dan Donahue | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Beacon Funding | 7100-000 | 64,467.00 | N/A | N/A | 0.00 |
| NOTFILED | Chester Partyka C/O The Law Office Of Munday & Nathan | 7100-000 | 1,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Bank | 7100-000 | 14,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Member Service | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 10,622.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 2,425.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express Centurion C/O Zwicker & Associate | 7100-000 | 10,050.00 | N/A | N/A | 0.00 |
| NOTFILED | State Of Illinois Department Of Employment Security | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alletess Medical Laboratory | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Abidon, Inc. | 7100-000 | 18,155.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/Bank One Card Service | 7100-000 | 39,555.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,926,106.58 | $277,390.57 | $277,390.57 | $3,478.40 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-83375  
**Case Name:** KONG, ANDREW  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/05/14 (f)  
**§341(a) Meeting Date:** 12/11/14  

**Period Ending:** 11/09/15  
**Claims Bar Date:** 04/21/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 10841 Cotton Thistle - Roscoe | 168,000.00 | 0.00 | | 0.00 | FA |
| 2 | Associated Bank - checking acct | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash (one-half) | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Checking - Associated (one-half) | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | HHGS/furnishings (1/2 interest) | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Books/pictures, etc. | 700.00 | 0.00 | | 0.00 | FA |
| 7 | wearing apparel - normal complement (1/2 interes | 700.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry - normal complement (1/2 interest) | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. martial arts (1/2 interest) | 500.00 | 0.00 | | 0.00 | FA |
| 10 | New York Life - convertible term (wife beneficar | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Ohio National LIfe Annuity xxx-0218 itemize surr | 11,300.00 | 0.00 | | 0.00 | FA |
| 12 | Bright Star | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | AmeriFunds (xxx-075) | 45,000.00 | 0.00 | | 0.00 | FA |
| 14 | SEP - Ameriprise | 14,000.00 | 0.00 | | 0.00 | FA |
| 15 | Wells Fargo (IRA) (xx3347) | 18,500.00 | 0.00 | | 0.00 | FA |
| 16 | Wells Fargo (Roth IRA) #xxx621 | 4,000.00 | 0.00 | | 0.00 | FA |
| 17 | Interventional Pain Management of Norther Illino | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Northern Illinois Medical Group, SC | 0.00 | 0.00 | | 0.00 | FA |
| 19 | TD Ameritrade | 1,000.00 | 0.00 | | 0.00 | FA |
| 20 | Interventional Pain Management of Northern Illin | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 20' - 2012 Chapperal H20 boat | 24,000.00 | 0.00 | | 0.00 | FA |
| 22 | 2009 Honda Pilot (debtor drives, owned by relate<br>    See Amended Schedules B,  C, and D filed 2/6/15.<br>See Order to Sell Assets entered 3/11/15. | 15,000.00 | 7,280.47 | | 6,800.00 | FA |
| 22 | **Assets   Totals** (Excluding unknown values) | **$309,900.00** | **$7,280.47** | | **$6,800.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 11/09/2015 02:48 PM    V.13.25

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83375  
**Case Name:** KONG, ANDREW  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/05/14 (f)  
**§341(a) Meeting Date:** 12/11/14  

**Period Ending:** 11/09/15  

**Claims Bar Date:** 04/21/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 19, 2015    **Current Projected Date Of Final Report (TFR):** June 19, 2015 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83375  
**Case Name:** KONG, ANDREW  

**Taxpayer ID #:** **-***4175  
**Period Ending:** 11/09/15  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $780,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/15 | {22} | Interventional Pain Management | Payment on car | 1129-000 | 1,700.00 | | 1,700.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,690.00 |
| 03/30/15 | {22} | Interventional Pain Management | payment on 2009 Honda Pilot | 1129-000 | 5,100.00 | | 6,790.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,780.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,770.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,760.00 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-83375, Bond #016018067 | 2300-000 | | 3.53 | 6,756.47 |
| 07/30/15 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,240.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,240.00 | 5,516.47 |
| 07/30/15 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,430.00, Trustee Compensation; Reference: | 2100-000 | | 1,430.00 | 4,086.47 |
| 07/30/15 | 104 | Susquehanna Commercial Finance, Inc. | Dividend paid 1.25% on $53,477.86; Claim# 2; Filed: $53,477.86; Reference: | 7100-000 | | 670.61 | 3,415.86 |
| 07/30/15 | 105 | NCMIC Finance Corporation | Dividend paid 1.25% on $4,361.76; Claim# 3; Filed: $4,361.76; Reference: | 7100-000 | | 54.70 | 3,361.16 |
| 07/30/15 | 106 | Aspire Resources Inc. | Dividend paid 1.25% on $105,155.19; Claim# 4; Filed: $105,155.19; Reference: | 7100-000 | | 1,318.61 | 2,042.55 |
| 07/30/15 | 107 | Can Capital Asset Servicing fka New Logic Business | Dividend paid 1.25% on $46,019.84; Claim# 10; Filed: $46,019.84; Reference: | 7100-000 | | 577.07 | 1,465.48 |
| 07/30/15 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 1.25% on $11,338.30; Claim# 14; Filed: $11,338.30; Reference: | 7100-000 | | 142.18 | 1,323.30 |
| 07/30/15 | 109 | American Express Centurion Bank | Combined Check for Claims#8,9 | | | 156.22 | 1,167.08 |
| | | | Dividend paid 1.25% on 125.91 $10,041.31; Claim# 8; Filed: $10,041.31 | 7100-000 | | | 1,167.08 |
| | | | Dividend paid 1.25% on 30.31 $2,417.37; Claim# 9; Filed: $2,417.37 | 7100-000 | | | 1,167.08 |
| 07/30/15 | 110 | Capital One Bank (USA), N.A. | Combined Check for Claims#5,6 | | | 155.74 | 1,011.34 |
| | | | Dividend paid 1.25% on 50.75 $4,047.21; Claim# 5; Filed: $4,047.21 | 7100-000 | | | 1,011.34 |
| | | | Dividend paid 1.25% on 104.99 $8,372.26; Claim# 6; Filed: $8,372.26 | 7100-000 | | | 1,011.34 |
| 07/30/15 | 111 | Illinois Dept. of Employment Security | Combined Check for Claims#1U,1P | | | 609.33 | 402.01 |

Subtotals :         $6,800.00         $6,397.99

{} Asset reference(s)

Printed: 11/09/2015 02:48 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-83375 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KONG, ANDREW | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***4175 | | Blanket Bond: | $780,000.00 (per case limit) |
| Period Ending: | 11/09/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 1.25% on 1.26 $100.00; Claim# 1U; Filed: $100.00 | 7100-000 | | | 402.01 |
| | | | Dividend paid 100.00% 608.07 on $608.07; Claim# 1P; Filed: $608.07 | 5800-000 | | | 402.01 |
| 07/30/15 | 112 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#11,12,13 | | | 402.01 | 0.00 |
| | | | Dividend paid 1.25% on 23.24 $1,853.63; Claim# 11; Filed: $1,853.63 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.25% on 160.27 $12,781.41; Claim# 12; Filed: $12,781.41 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.25% on 218.50 $17,424.43; Claim# 13; Filed: $17,424.43 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 6,800.00 | 6,800.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 6,800.00 | 6,800.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,800.00 | $6,800.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9166 | 6,800.00 | 6,800.00 | 0.00 |
| | $6,800.00 | $6,800.00 | $0.00 |